**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VIVIAN HILL, *et al.*, | Case No. 2:25-cv-00506-RFB-MDC |
| Plaintiffs, | **ORDER** |
| v. | |
| NICK ANDERSON, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 8) of the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, entered on April 15, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 29, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

Therefore, **IT IS ORDERED** that the Report and Recommendation (ECF No. 8) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that the Motion/Application to Proceed *In Forma Pauperis* ("IFP Application") is **DENIED without prejudice**. Should Plaintiff Vivian Hill choose to file a long-form IFP application consistent with Judge Couvillier's instruction, she should file such application with her amended complaint by the below deadline.

**IT IS FURTHER ORDERED** that the (ECF No. 2-1) Complaint is **DISMISSED** without prejudice and with leave to amend. Plaintiff Vivian Hill shall either file an amended complaint solely on her own behalf; and/or retain an attorney to represent Rusley Robinson Jr. to determine what claim, if any, to pursue on his behalf.

**IT IS FURTHER ORDERED** that if Plaintiffs seek to file an amended complaint, they must do so within 30 days of the entry of this Order, on or before June 30, 2025. Failure to file an amended complaint or seek an extension of time by the deadline will result in the dismissal of this case.

**DATED:** May 29, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**